## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ANTHONY L. WILSON                                                    PLAINTIFF


v.                             CASE NO. 3:16-CV-00301 BSM

RON HUNTER                                                          DEFENDANT


## ORDER

Plaintiff Anthony L. Wilson's motion to proceed *in forma pauperis* [Doc. No. 1] is denied without prejudice because he filed an incomplete application. Wilson did not file a certified copy of his trust fund account statement or a calculation sheet to serve as an institutional equivalent. *See* 28 U.S.C. § 1915(a)(2). Wilson is directed to file a complete application within 30 days of the date of this order. The clerk is directed to forward Wilson a federal *in forma pauperis* application packet with a copy of this order.

Additionally, Wilson is notified that Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants to (1) promptly notify the court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. He should be aware that the rule further provides that the failure to respond to any communication from the court within 30 days may result in dismissal of his case. Any party proceeding *pro se* is expected to be familiar with and follow the Federal Rules of Civil Procedure as well as the Local Rules of this court. A copy of the Local Rules may be

obtained from the clerk's office or website for the Eastern District of Arkansas.

IT IS SO ORDERED this 26th day of October 2016.

_____
UNITED STATES DISTRICT JUDGE