**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ANTHONY L. WILSON**                                                                                   **PLAINTIFF**

**v.**                              **CASE NO. 3:16-CV-00301 BSM**

**RON HUNTER**                                                                                              **DEFENDANT**

## ORDER

Plaintiff Anthony L. Wilson filed a *pro se* civil rights complaint [Doc. No. 2] against Judge Ron Hunter on October 24, 2016, for setting Wilson's bail too high. A judge, however, is absolutely immune from liability for both monetary and injunctive claims relating to his actions conducted in his judicial capacity. *Robinson v. Freeze*, 15 F.3d 107, 108 (8th Cir. 1994); *see Mireles v. Waco*, 502 U.S. 9, 11-12 (1991). Pursuant to the Prison Litigation Reform Act, Wilson's claims must be screened and dismissed if they (1) are frivolous or malicious; (2) fail to state a claim upon which relief may be granted; or (3) seek monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915A.

Accordingly, Wilson's complaint is dismissed with prejudice. This dismissal counts as a "strike" for the purposes of 28 U.S.C. § 1915(g), and an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 15th day of November 2016.

                                                                                      /s/ Brian S. Miller
                                                                       UNITED STATES DISTRICT JUDGE