IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY L. WILSON                                                                    PLAINTIFF

v.                          CASE NO. 3:16-CV-00301 BSM

RON HUNTER                                                                           DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of November 2016.

_____
UNITED STATES DISTRICT JUDGE